# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0055. DONALD N. BAKER v. THE STATE.**

Following a jury trial, Donald Baker was convicted of armed robbery and theft by receiving stolen property. His conviction and sentence were affirmed on direct appeal in *Baker v. State*, 307 Ga. App. 884 (706 SE2d 214) (2011). Baker filed an extraordinary motion for new trial, which the trial court denied on May 2, 2024. On August 28, 2024, Baker filed his discretionary application challenging the trial court's order. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (d), an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Baker filed his application 118 days after entry of the order he seeks to appeal. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/23/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*